# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BANKUTHY,<br><br>        Petitioner,<br><br>   v.<br><br>JEANNE WOODFORD, Director C.D.C.<br><br>        Respondent. | CV F   05-00696 AWI DLB HC<br><br>ORDER CONSTRUING PETITIONER'S REQUEST FOR JUDICIAL NOTICE AS SUPPLEMENT TO TRAVERSE<br><br>[Doc. 11] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    This case is currently ready for review on the merits, as Respondent filed an answer to the petition on November 2, 2005, and Petitioner filed a traverse on November 30, 2005. (Court Docs. 7, 8.)

    On August 30, 2006, Petitioner filed a request for the Court to take judicial notice of a California Statute. Petitioner requests that the Court take judicial notice of California Penal Code section 1191.3 which states the following:

> (a) At the time of sentencing or pronouncement of judgment in which sentencing is imposed, the court shall make an oral statement that statutory law permits the award of conduct and worktime credits up to one-third or one-half of the sentence that is imposed by the court, that the award and calculation of credits is determined by the sheriff in cases involving imprisonment in county jails and by the Department of Corrections in cases involving imprisonment in the state prison, and that credit for presentence incarceration served by the defendant is calculated by the probation department under current state law.
>
> (c) This section applies to all felony convictions.

Petitioner requests the Court to take judicial notice of this statute in an attempt "to dispell any claim by Respondent that Petitioner is attempting to obtain credits he is not statutorily entitled to." (Req. Judicial Not., at 2-3.) Because it appears to the Court that Petitioner is making an additional argument in support of his petition, the Court will construe Petitioner's request for judicial notice as a supplement to his traverse, and the Court will consider such supplement when rendering its decision on the merits of the petition.

Accordingly, it is HEREBY ORDERED that Petitioner's request for judicial notice is construed as a supplement to Petitioner's traverse.

IT IS SO ORDERED.

**Dated:   September 12, 2006**                       **/s/ Dennis L. Beck**
3b142a                                                                    UNITED STATES MAGISTRATE JUDGE