# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. BANKUTHY, | CV F   05-00696 AWI DLB HC |
| Petitioner, | ORDER DEEMING REQUEST FOR CERTIFICATE OF APPEALABILITY UNNECESSARY |
| v. | |
| | [Doc. 17] |
| JEANNE WOODFORD, Director C.D.C. | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 12, 2007, the instant petition for writ of habeas corpus was denied and judgment was entered in favor of Respondent.  On May 4, 2007, Petitioner filed a notice of appeal noting that a certificate of appealability is not required. (Court Doc. 17.)  Petitioner is correct, a certificate of appealability is not necessary in the instant case because he did not challenge the validity of his conviction, but rather the execution of his sentence.  As such, no certificate of appealability is necessary.  See Rosas v. Nielsen, 428 F.3d 1229, 1231-1232 (9th Cir. 2005); White v. Lambert, 370 F.3d 1002, 1010-1013 (9th Cir. 2004) (no certificate of appealability required for denial of petition challenging parole or any other administrative decision by prison officials in making a determination regarding the execution of prisoner's sentence).

Accordingly, it is HEREBY ORDERED that a request for certificate of appealability is unnecessary, and the Clerk of the Court is directed to process Petitioner's appeal.

IT IS SO ORDERED.

**Dated:   May 15, 2007**                                /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE